UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASHLEI MCBRIDE, *on behalf of herself and all others similarly situated*,

                Plaintiff,

-against-

VOGUE INTERNATIONAL LLC,

                Defendant.

1: 17-cv-7594

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

PLEASE TAKE NOTICE that the claims of Plaintiff are hereby dismissed, with prejudice, in their entirety as against the Defendants, VOGUE INTERNATIONAL LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: April 17, 2018
       New York, New York

                              LEE LITIGATION GROUP, PLLC
                              30 East 39th Street, Second Floor
                              New York, NY 10016
                              Tel.: (212) 465-1188

                              C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_/s/ William H. Pauley III_    4/18/18
WILLIAM H. PAULEY III
U.S.D.J.